CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
09/10/2018
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| Jane Doe, ) | |
|     Plaintiff, ) | |
| ) | Civil Action No. 3:18cv41 |
| ) | |
| v. ) | ORDER |
| ) | |
| Pamela Sutton-Wallace, et al., ) | By:   Joel C. Hoppe |
|     Defendants. ) | United States Magistrate Judge |

Before the Court is the parties' Consent Discovery Plan, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. ECF No. 21. In consideration of the parties' discovery plan, the Court hereby MODIFIES the Pretrial Order, ECF No. 12, as follows:

| | |
|---|---|
| Fed. R. Civ. P. 26(f) Conference: | August 7, 2018 |
| Initial Disclosures under Fed. R. Civ. P. 26(a): | August 21, 2018 |
| Plaintiff's Initial Expert Disclosure: | 180 days before trial date |
| Defendant's Initial Expert Disclosure: | 150 days before trial date |
| Rebuttal Expert Disclosure: | 135 days before trial date |
| Deadline to Complete Discovery: | 120 days before trial date |
| Deadline to File Dispositive Motions: | 90 days before trial date |
| Deadline for Hearing Dispositive Motions: | 60 days before trial date |

All other terms and conditions of the Pretrial Order remain unchanged and in effect.

It is so ORDERED.

ENTERED: September 10, 2018

*Joel C. Hoppe*
Joel C. Hoppe
United States Magistrate Judge