UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

JANE DOE,

    *Plaintiff,*

v.                                              Civil Action No. 3:18-cv-00041

PAMELA SUTTON-WALLACE,
DR. SCOTT A. SYVERUD,
DR. KATHLEEN ROOT,
ADAM CARTER,
CALLIE BATEMAN,
JANE ROE 1-3 and
JOHN DOE 1-5,
    *Defendants.*

## DEFENDANT DR. SCOTT A. SYVERUD'S
## FRCP 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS

    Defendant, Dr. Scott A. Syverud (Dr. Syverud), by counsel, hereby moves for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). Dr. Syverud asserts that he is entitled to qualified immunity with respect to Ms. Doe's 42 U.S.C. § 1983 claims; that Ms. Doe has failed to demonstrate that Dr. Syverud acted under color of state law; that Ms. Doe's state law claims fail to state a claim, and Dr. Syverud's conduct is legally justified or excused; and that Ms. Doe's attempted suicide bars her federal and state law claims.

    WHEREFORE, for the reasons set forth in his Brief in Support, Dr. Syverud, by counsel, respectfully requests that the Court grant his Motion, enter judgment in his favor and dismissing Ms. Doe's Complaint against him, and grant such other relief as the Court deems appropriate.

                                                    Respectfully submitted,

                                                    DR. SCOTT A. SYVERUD

By:    /s/ John E. Peterson Jr.
John E. Peterson Jr., VSB # 43609
Andrew G.H. Miller, VSB # 86867
Piedmont Liability Trust
1020 Ednam Center, Suite 100
Charlottesville, Virginia 22903
Telephone: (434) 296.2100
Fax: (434) 296.4001
jep3vf@virginia.edu
am2wf@virginia.edu

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2019 I electronically filed the foregoing DEFENDANT DR. SCOTT A. SYVERUD'S FRCP 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

        Jeffrey E. Fogel, Esq., VSB # 76345
        913 E. Jefferson Street
        Charlottesville, Virginia 22902
        Telephone: 434.984.0300
        Fax: 434.220.4852
        Jeff.Fogel@gmail.com
        *Counsel for Plaintiff*

        Edward J. McNelis, III, Esq., VSB # 34003
        Christopher F. Quirk, Esq., VSB # 88238
        Sands Anderson, PC
        1111 East Main Street, Suite 2400
        PO Box 1998
        Richmond, VA 23218-1998
        Telephone: (804) 648-1636
        Fax: (804) 783-7291
        emcnelis@sandsanderson.com
        cquirk@sandsanderson.com

        By:    /s/ John E. Peterson Jr.
        John E. Peterson Jr., VSB # 43609
        Andrew G.H. Miller, VSB # 86867
        Piedmont Liability Trust
        1020 Ednam Center, Suite 100
        Charlottesville, Virginia 22903
        Telephone: (434) 296.2100
        Fax: (434) 296.4001
        jep3vf@virginia.edu
        am2wf@virginia.edu
        *Counsel for Defendant Scott A. Syverud, M.D.*