UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

**JANE DOE,**

      *Plaintiff,*

v.                                  Civil Action No. 3:18-cv-00041

**PAMELA SUTTON-WALLACE,**
**DR. SCOTT A. SYVERUD,**
**DR. KATHLEEN ROOT,**
**ADAM CARTER,**
**CALLIE BATEMAN,**
**JANE ROE 1-3 and**
**JOHN DOE 1-5,**

      *Defendants.*

## DEFENDANTS SUTTON-WALLACE, ROOT, CARTER, AND BATEMAN'S JOINT RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants Pamela Sutton-Wallace; Kathleen Root, MD; Adam Carter, RN, and Callie Bateman, RN, by counsel, submit this Motion for Judgment on the Pleadings pursuant to Rule 12(c) of the Federal Rules of Civil procedure ("Rule 12(c)") for the reasons set forth in the accompanying memorandum in support of this motion.

                        Respectfully submitted,
                        **PAMELA SUTTON-WALLACE**
                        **KATHLEEN ROOT, M.D.**
                        **ADAM CARTER**
                        **CALLIE BATEMEN**

                        /s/     *Christopher F. Quirk*
                        Edward J. McNelis, III, Esq., VSB 34003
                        Christopher F. Quirk, Esq., VSB 88238
                        Sands Anderson, PC
                        1111 East Main Street, Suite 2400
                        PO Box 1998
                        Richmond, VA 23218-1998

Phone: (804) 648-1636
Fax: (804) 783-7291
emcnelis@sandsanderson.com
cquirk@sandsanderson.com
*Attorney for Defendants Pamela Sutton-Wallace, Dr. Kathleen Root, Callie Bateman, RN, and Adam Carter, RN*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following CM/ECF users:

Jeffrey E. Fogel, Esq.
Attorney at Law
913 E. Jefferson Street
Charlottesville, VA 22902
Jeff.fogel@gmail.com
*Counsel for Plaintiff*

John E. Peterson, Esq.
Andrew G. H. Miller, Esq.
Piedmont Liability Trust
1020 Ednam Center, Suite 100
Charlottesville, VA 22903
Am2wf@virginia.edu
*Counsel for Defendant Dr. Scott A. Syverud*

/s/    Christopher F. Quirk
Edward J. McNelis, III, Esq., VSB 34003
Christopher F. Quirk, Esq., VSB 88238
Sands Anderson, PC
1111 East Main Street, Suite 2400
PO Box 1998
Richmond, VA 23218-1998
Phone: (804) 648-1636
Fax: (804) 783-7291
emcnelis@sandsanderson.com
cquirk@sandsanderson.com
*Counsel for Defendants Pamela Sutton-Wallace, Dr. Kathleen Root, Callie Bateman, RN, and Adam Carter, RN*