# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Jane Doe**

vs.

**Pamela Sutton-Wallace, et al**

Action No: 3:18CV00041
Date: 8/21/2019
Judge: Norman K. Moon
Court Reporter: Sonia Ferris
Deputy Clerk: Heidi N. Wheeler

Plaintiff Attorney(s)
Jeffrey Fogel

Defendant Attorney(s)
Christopher Quirk

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

DEFENDANT:

1.

PROCEEDINGS:
MOTION HEARING  [34 ] Joint Rule 12(c ) Motion; [38] Motion to Amend  10:30-11:00= 30 min

Mr. Quirk argues motion.

Mr. Fogle responds and argues Motion to Amend.

Mr. Quirk reponds.

Further arguments

Order will issue