CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
10/10/2019
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JANE DOE,<br><br>         *Plaintiff,*<br><br>v.<br><br>PAMELA SUTTON-WALLACE, *et al.*,<br><br>         *Defendants.* | CASE NO. 3:18-cv-00041<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

  In accordance with the accompanying memorandum opinion, Plaintiff's Motion to Amend her Complaint, (Dkt. 38), is **DENIED**, and Defendants Callie Bateman, Adam Carter, Kathleen Root, and Pamela Sutton-Wallace's Motion for Judgment on the Pleadings, (Dkt. 34), is **GRANTED**. As Plaintiff has conceded that "the Court's ruling with regard to Dr. Syverud would apply to all defendants save Pamela Sutton-Wallace," (Dkt. 37 at 1–2), Plaintiff's claims as to Defendants Callie Bateman, Adam Carter, Kathleen Root, Jane Roes 1–3, and John Does 1–5 are **DISMISSED** without prejudice. For the reasons stated in the memorandum opinion, Plaintiff's claims as to Defendant Pamela Sutton-Wallace are **DISMISSED** without prejudice. As all remaining defendants have been dismissed from this action, the Clerk is hereby directed to **STRIKE** this case from the active docket of the Court.

  It is so **ORDERED.**

  The Clerk of Court is hereby directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

  Entered this  10th  day of October, 2019.

                     /s/ Norman K. Moon
                     NORMAN K. MOON
                     SENIOR UNITED STATES DISTRICT JUDGE