# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WESTERN VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JANE DOE, | : |
| | : |
| **Plaintiff,** | : |
| | : |
| | :    **Case No. 3:18-cv-00041** |
| **vs.** | : |
| | : |
| PAMELA SUTTON-WALLACE, Chief | : |
| Executive Officer of the University of | : |
| Virginia Medical Center, DR. SCOTT A. | : |
| SYVERUD, DR. KATHLEEN ROOT, | : |
| ADAM CARTER, CALLIE BATEMAN, | : |
| JANE ROE 1-3, JOHN DOE 1-5, | : |
| | : |
| **Defendants.** | : |
| | : |

## NOTICE OF APPEAL

Notice is hereby given that Jane Doe, plaintiff in the above named case, hereby appeals to

the United States Court of Appeals for the Fourth Circuit from an Order, entered on May 9, 2019,

granting Defendant Syverud's motion for judgment on the pleadings based on qualified immunity

and dismissing plaintiff's claims as to him and an Order, entered October 10, 2019, granting the

motion for judgment on the pleadings filed by Defendants Bateman, Carter, and Root, also on the

grounds of qualified immunity and dismissing the entire action.

Respectfully submitted,
Jane Doe
By Counsel

s/Jeffrey E. Fogel
Jeffrey E. Fogel
Attorney at Law
913 E. Jefferson Street
Charlottesville, VA 22902

Tel 434-984-0300
Fax 434-220-4852
Email: jeff.fogel@gmail.com

## CERTIFICATE OF SERVICE

I certify that on November 5, 2019, I served the within Notice of Appeal on the defendants by filing the same with the Court's ECF system which will give notice of the filing to:

Edward J. McNelis, III
Christopher F. Quirk
Sands Anderson
1111 East Main Street, Suite 2400
P.O. Box 1998
Richmond, Virginia 23218

Andrew G.H. Miller
John E. Peterson
Piedmont Liability Trust
1020 Ednam Center, Suite 100
Charlottesville, VA 22903

s/Jeffrey E. Fogel
Jeffrey E. Fogel

2