FILED:  November 7, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2252
(3:18-cv-00041-NKM-JCH)

_____

JANE DOE

       Plaintiff - Appellant

v.

PAMELA SUTTON-WALLACE, Chief Executive Officer of the University of
Virginia Medical Center; DR. SCOTT SYVERUD; DR. KATHLEEN ROOT;
ADAM CARTER; CALLIE BATEMAN;

       Defendants - Appellees

and

JANE ROE 1-3; JOHN DOE 1-5

       Defendants

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of Virginia at Charlottesville |
|---|---|
| Originating Case Number | 3:18-cv-00041-NKM-JCH |
| Date notice of appeal filed in originating court: | 11/05/2019 |
| Appellant(s) | Jane Doe |

| Appellate Case Number | 19-2252 |
|---|---|
| Case Manager | Cathi Bennett<br>804-916-2702 |