FILED: March 30, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2252
(3:18-cv-00041-NKM-JCH)
_____

JANE DOE

        Plaintiff - Appellant

v.

DR. SCOTT SYVERUD; DR. KATHLEEN ROOT; ADAM CARTER; CALLIE BATEMAN;

        Defendants - Appellees

and

PAMELA SUTTON-WALLACE, Chief Executive Officer of the University of Virginia Medical Center; JANE ROE 1-3; JOHN DOE 1-5

        Defendants

_____

O R D E R
_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk